# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

————————————————————

Case No. 5D2024-1669
LT Case No. 2020-CF-004678-A

————————————————————

AHMAR R. PORTER,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

————————————————————

On appeal from the Circuit Court for Marion County.
Robert W. Hodges, Judge.

Ryan Edward McFarland, of Kent & McFarland, Jacksonville, for
Appellant.

James Uthmeier, Attorney General, Tallahassee, and Roberts J.
Bradford, Jr., Senior Assistant Attorney General, Daytona Beach,
for Appellee.

April 14, 2026

PER CURIAM.

    AFFIRMED.

JAY, C.J., and WALLIS and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____